Paul SCINTO, Sr., Plaintiff—Appellant,

v.

Edward Glenn PRESTON; Ralph Melton, Jr.; Frank Polumbo; Eric Wing; The City of New Bern, North Carolina; Estate of Brian Lemay, Defendants—Appellees,

and

E & J Automotive, et al.; Brian Lemay, Defendants.

No. 10–6058.

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2010.

Decided: Aug. 12, 2010.

Paul Scinto, Sr., Appellant Pro Se. James Carlton Thornton, Parker, Poe, Adams & Bernstein, LLP, Raleigh, North Carolina; W. Walton Kitchin, Jr., Colombo, Kitchin, Johnson, Dunn & Ball, LLP, Greenville, North Carolina, for Appellees.

Before WILKINSON, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Scinto, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Scinto v. Preston*, No. 4:03–cv–00178–H (E.D.N.C. May 28 & Dec. 11, 2009). We grant Scinto's motion to exceed length limitations for his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*